IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10668
Conference Calendar
_____

DONALD FRENCH,

                                        Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION; WAYNE
SCOTT, DIRECTOR; M. LAUGHLIN,
WARDEN; TRAVIS MACPHERSON;
HOUSTON SALVAGE POOL; DONALD
YATES; JOHNNY KLEVENHAGEN; TOMMY
No Middle Name THOMAS,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:97-CV-125-C
- - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Texas prisoner Donald French, no. 720074, appeals the

district court's dismissal of his 42 U.S.C. § 1983 action.

    French does not argue whether the district court erred by

dismissing his civil rights action due to his failure to comply

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

with that court's order requiring him to provide a certified copy of his inmate trust account in accordance with the Prison Litigation Reform Act, which is the only proper issue for appeal. See Searcy v. Houston Lighting & Power Co., 907 F.2d 562, 564 (5th Cir. 1990).  Rather, French insists on arguing on appeal the merits of the issues he raised in his originally filed complaint. Because French does not address the proper issue for review, he has abandoned it.  See Brinkmann v. Abner, 813 F.2d 744, 748 (5th Cir. 1987).

Because French fails to address the proper issue for appeal, his appeal is DISMISSED as frivolous.  See 5th Cir. R. 42.2.

We caution French that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, French is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.